---

DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. MIDDLETON & KORNEGAY

No. 558P85.

Case below: 76 N.C. App. 345.

Petition by defendant (Middleton) for discretionary review under G.S. 7A-31 denied 5 November 1985.

STATE v. NELSON

No. 587A85.

Case below: 76 N.C. App. 371.

Petition by Attorney General for writ of supersedeas allowed 5 November 1985.

STATE v. PARKER

No. 583P85.

Case below: 76 N.C. App. 465.

Petition by defendant for discretionary review under G.S. 7A-31 denied 5 November 1985.

STATE v. PARKER

No. 580PA85.

Case below: 76 N.C. App. 508.

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed and petition for writ of supersedeas and temporary stay allowed 1 October 1985.

STATE v. SANDERS

No. 623P85.

Case below: 76 N.C. App. 683.

Petition by defendant for writ of supersedeas and temporary stay denied 22 October 1985.